UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/02/2022
```

-----------------------------------------------------------------------X
                               :

ELOISE GORDON-MALLETT,              :

            Plaintiff,       :

                               :          22-cv-1159 (LJL)

    -v-                      :

                               :           ORDER

MOUNT SINAI HOSPITALS GROUP, INC. and THE :
MOUNT SINAI HOSPITAL,          :

                               :

            Defendants.     :

                               :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held the Initial Pretrial Conference in this matter today.  As the Court informed the parties at the conference, the Court's father-in-law is Dr. Carmel J. Cohen, Professor Emeritus of Obstetrics, Gynecology, and Reproductive Science at the Mount Sinai Medical Center in New York City.  As discussed, the Court reviewed the allegations of the complaint and did not find any basis for recusal at this time.  The parties were directed to inform the Court if a basis for recusal arises.

      SO ORDERED.

Dated: August 2, 2022
      New York, New York            _____
                                 LEWIS J. LIMAN
                          United States District Judge