```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELOISE GORDON-MALLETT,                                             :
:
                Plaintiff,                                   :
:   22-cv-1159 (LJL)
      -v-                                                         :
:   ORDER
MOUNT SINAI HOSPITALS GROUP, INC., and THE                         :
MOUNT SINAI HOSPITAL,                                              :
:
                Defendants.                                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at today's status conference, the Court sets the following pretrial and trial schedule. Plaintiff shall provide Defendants with any notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) by October 11, 2023. The only discovery that remains outstanding are depositions—namely, the deposition of Plaintiff by Defendants and two depositions of Defendants' witnesses by Plaintiff. All fact discovery shall be completed no later than November 22, 2023. A post-discovery status conference is scheduled for December 11, 2023 at 11:00 A.M.

      Any motion for summary judgment must be filed no later than December 22, 2023. The parties shall submit a joint pretrial order, motions in limine, requests to charge, and proposed voir dire by April 22, 2024. Oppositions to motions in limine and objections to proposed voir dire and requests to charge are due by April 29, 2024. A final pretrial conference is scheduled for May 8, 2024 at 2:00 P.M, in Courtroom 15C at the 500 Pearl Street Courthouse. A jury trial is scheduled for June 13, 2024 at 9:00 A.M. in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: October 4, 2023
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge